FILED: January 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2432

(A098-735-342)

_____

SANDRA LUBIKA LUKUNKU

   Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

   Respondent

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing the response to the motion to dismiss to 01/21/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk